

**Jackson Lewis P.C.**
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Direct
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (212) 545-4045
MY EMAIL ADDRESS IS: Adam.Gross@jacksonlewis.com

June 24, 2022

**VIA ECF**

Honorable Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District Court of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201
Courtroom: 13A – South Wing

                               Re:      **Shehri Elli v. Lego Systems, Inc.**
                                        **22-cv-02177_____**

Dear Judge Scanlon:

We are counsel for Defendant, Lego Systems, Inc., in connection with the above-referenced action.  The parties have met and conferred several times to streamline and resolve some of the issues in this case. As the parties continue to work through issues, the parties mutually request that Defendant's time to answer, move or otherwise respond to the complaint is extended from June 28, 2022- the original deadline- to August 29, 2022, August 30, 2022 or August 31, 2022. There is an Initial Conference scheduled for August 18, 2022, at 11:00 AM before Your Honor, and the parties similarly request that this Conference is adjourned from August 18, 2022- the original date- to a date convenient for the Court after Defendant's new deadline to respond to the Complaint. This is the parties' first request for an extension of time.

We thank the Court for its attention to this matter.

                               Respectfully Submitted,

                               JACKSON LEWIS P.C.

                               */s Adam Gross*

                               Adam Gross, Esq.

cc:       All Counsel (via ecf)